JULIA A. SHIPMAN, Respondent, v. OSWEGO AND ONON-DAGA INSURANCE COMPANY, Appellant.

(Argued December 3, 1879 ; decided January 13, 1880.)

*Samuel Hand* for appellant.

*O. W. Chapman* for respondent.

AGREE to affirm without opinion.
All concur, except RAPALLO, J., dissenting and reading opinion.
Judgment affirmed.

---

JAMES S. BARCLAY, as Trustee, etc., Appellant, v. DAVID W. INGALLS et al., Respondents.

(Argued December 4, 1879 ; decided January 13, 1880.)

*James B. Jenkins* for appellant.

*S. D. White* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.